

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 17, 2020

**BY ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

SO ORDERED:

*George B. Daniels*

George B. Daniels, U.S.D.J.

Dated:  JUL 2 0 2020

Re:   *United States v. Benjamin Cullen, a/k/a "Benjamin Librot,"* **16 Cr. 607 (GBD)**

Dear Judge Daniels:

At the time of the defendant's September 9, 2016 guilty plea and April 24, 2019 sentencing, the Court signed consent preliminary orders of forfeiture, redacted versions of which are attached hereto as Exhibits A and B. The Government respectfully requests that these redacted orders be unsealed and posted on the public docket, as such publication is necessary before the Government can finalize and complete the forfeiture.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: *Frank J. Balsamello*

Frank J. Balsamello
Assistant United States Attorney
(212) 637-2325

cc:   Elena Fast, Esq., *counsel for defendant Benjamin Cullen* (via e-mail)